RECEIVED
FEB 02 2012
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

district court of the United States
Minnesota district of Saint Paul

CR12-37 JNE
(1-2)

Petitioners

Thomas Wayne Eilertson
c/o 7108 Georgia Avenue North
Brooklyn Park Minnesota [55428]
Phone (763) 561-0621
e-mail: intruth618@gmail.com

Lisa Joan Connery Eilertson
c/o 7108 Georgia Avenue North
Brooklyn Park Minnesota [55428]
Phone (763) 561-0621
e-mail: intruth618@gmail.com

(ref: State Court file number: 62-CR-12-67)
(and State Court file number: 62-CR-12-79)

vs.

Respondent (s)

**NOTICE OF REMOVAL
TO FEDERAL DISTRICT
COURT PURSUANT TO
28 U.S.C. 1446 AND FRCP
RULE 11**

**Bank of America N.A.**
It's subsidiaries: BAC Home Loans Servicing LP
BAC GP, LLC (Micall Bachman Vice President)
**Bryan Moynihan, Chairman, CEO
Bank of America Corporate Center
100 North Tryon Street
Charlotte North Carolina  28255
Phone (704) 386-5687**

Respondent,

**State of Minnesota in its' private capacity
By: Lori Swanson, dba Attorney General, Minnesota
1400 Bremer Tower 11th Floor
445 Minnesota Street
Saint Paul Minnesota 55155
Phone (651) 282-5700**

Page 1 of 6

SCANNED
FEB 03 2012
U.S. DISTRICT COURT ST. PAUL

**Respondents,**

**Jane Doe, John Doe, Mary Roe, ABC Company**

More Respondents soon to follow (TBA)

## NOTICE OF REMOVAL

TITLE 28 > PART IV > CHAPTER 89 > § 1446

§ 1446. PROCEDURE FOR REMOVAL

(a) A defendant or defendants desiring to remove any civil action or criminal prosecution from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.

This document shall NOTICE all interested parties including Ramsey County Second Judicial District, STATE OF MINNESOTA and the **district court of the United States, Minnesota district of Saint Paul,** of the removal of State Court case number 62-CR-12-67, and 62-CR-12-79 to the district court of the United States in the Minnesota (Third) district of Saint Paul, Minnesota and merged into one case to prevent redundancy (cases stem from identical issues).

**Statement of Grounds for Removal:** The grounds stated for removal are based on Federal Question and Constitutional ($1^{st}, 4^{th}, 5^{th}, 6^{th}, 7^{th}, 8^{th}, 9^{th}, 10^{th}$, and 11th)

Amendments, dispute of title, in addition to Banks and Banking Regulations stated in Title 12 U.S.C. 95 and 12 U.S.C. 95 (a), non-payment of public debt and tax fraud in relation to a fraudulent foreclosure action. This, being the basis for the action, also establishes "Standing" and an injury in fact under Article III section 2, and the doctrine of redress, which the State is intentionally unwilling to provide.

The grounds also include civil rights violations per act of Congress that the state courts refuse to follow, or hold as required by their constitutional position and as a public office, negligence and official oppression created by those who hold public office in violation of the state of emergency clause of public law 1, 48 stat. 1 and as found in title 12 U.S.C. 95 (b), and section 4, See also Title 28 U.S.C. 1652.

Thomas Wayne and Lisa Joan, acting as whistleblowers, made efforts to report tax fraud and embezzlement to state officials and to the state court, only to find themselves being punished for acting as whistleblowers and reporting issues on public debt not being paid by the banking institutions, their associates, assigns or affiliates.

Thomas Wayne and Lisa Joan have been forced by the state court to move this to the district court of the United States under title 28 U.S.C. 1446 in order to obtain vindication and remedy by the federal court to which the state court denies such vindication or remedy.

Thomas Wayne and Lisa Joan place this prayer in, and to have this case heard and have their rights protected by the district court of the United States.