STATE OF MINNESOTA                           SECOND JUDICIAL DISTRICT COURT
COUNTY OF RAMSEY                             FILE# 02-CR-12-69

_____, Plaintiff
-Vs-                                         ORDER OF
Eilertson, Thomas Wayne , Defendant          CONDITIONAL RELEASE

The defendant appeared in Court on the **5** day of **January** 20**12**, charged with the offense(s) of: **Fraud Financial x 4**

**It is hereby ORDERED** that the defendant be released from custody under, and subject to the following conditions:

1) Defendant shall make all appearances in this Court as ordered. The next Court date is: **FCOH 1/19/2012 115 UEC**

~~2)~~ ($ _____ ) (Cash bail) or (Bond) must be posted before defendant is to be released. In the event defendant fails to make any court appearances or violates any of the conditions of this order, said bail shall be forfeited.

3) Defendant shall reside at: ~~TBD~~ **7108 Georgia Ave N, Brooklyn Park 55428**

4) Defendant shall have no contact with **Abide by 13 NCOS** [?12], whether in person, directly or indirectly through others, (except court personnel), by telephone, by mail, or by any other means until further Order of the Court.

5) Defendant shall obey all conditions imposed by Project Remand (266-2992), including: weekly contact, 24-hour notification of address or employment change, and prior permission for leaving the metropolitan area.

6) Special conditions include: **Cannot file or cause to be filed any further "financing statements" or other instrument affecting another's final property interests w/out prior permission from a judge of Ramsey Co District** ~~maintain~~ **weekly contact with April K @ 266-2974 every Fri b/w 8-4:30 pm**

7) Defendant shall remain law-abiding in all respects; specifically, defendant shall not violate any State or Federal criminal law or any local criminal ordinance. Defendant shall report all new arrests to Project Remand within 24 hours of the arrest.

All conditions imposed by this Order are effective from the date and time the defendant signs this Order and shall remain in effect until defendant is either sentenced or acquitted following trial, or the charges against him/her are dismissed. Once the defendant signs this Order, the defendant may not post alternative bail until the matter is reviewed again by the court. Any Violation of Paragraph ~~1-3~~ **7** shall be considered a violation of the conditions under which the defendant is released.

**TO ALL LAW ENFORCEMENT PERSONNEL:**
A defendant who is in violation if this Order shall ~~be arrested for~~ Contempt of Court ~~and shall be held in custody~~ without bail until further order of the Court.

DATE                                         JUDGE OF DISTRICT COURT **Oravin**

I have received a copy of this Order. I understand that a violation of this Order is a Contempt of Court and may cause me to be arrested and be subject to possible further criminal charges. I also understand that once I sign this Order, I may not post alternative bail in lieu of following these conditions.

_X by_ [signature] **without prejudice [MN 336.1-308]**
DEFENDANT

**1/5/2012**
DATE/TIME

[signature]
PROJECT REMAND COUNSELOR
121 Seventh Place East  Suite 2500
St. Paul, MN 55101
651-266-2992                          Revised 11/11