CR 12-37(1)
Jne

STATE OF MINNESOTA                                           DISTRICT COURT

COUNTY OF RAMSEY                                    SECOND JUDICIAL DISTRICT

-----------------------------------------------------

                                          D. C. File No. 62 CR-12-67
                                          C. A. File No. 2108472
State of Minnesota,                       CN No. 10037129

                          Plaintiff,                 **NO CONTACT ORDER**

v.

**Thomas Wayne Eilertson**
D.O.B **08/07/1967** Gender: **M**

                          Defendant.

-----------------------------------------------------

You are hereby ORDERED to have **NO CONTACT,** whether direct or indirectly through others, by telephone, in writing or by any electronic means with:

| NAME: | Toni Beitz | GENDER: | F |
|-------|-----------|---------|---|
| ADDRESS: | Hennepin County Attorney's Office, 300 S. 6th St., C-2000 Govt. Ctr., Minneapolis, MN 55487 | DOB: | |

(If victim's initials are used, prosecutor must complete law enforcement identifying information below and send to law enforcement agency where victim resides.)

**This ORDER is a condition of your release and is in addition to any other conditions of release that may be imposed. A violation of this ORDER is a contempt of court and may cause you to be arrested for the violation and be subject to possible further criminal charges.**

**WARNING: FAILURE TO OBEY A NO CONTACT ORDER IS CONTEMPT OF COURT.**

**THIS ORDER WILL REMAIN IN EFFECT UNTIL FURTHER ORDER OR MODIFICATION, OR UNTIL A CANCELLATION ORDER IS FILED.**

DATED: _____          _____
                                            JUDGE OF DISTRICT COURT

                NOTE: A DUPLICATION OF THIS ORDER IS AS VALID AS THE ORIGINAL

| LAW ENFORCEMENT IDENTIFYING INFORMATION (to be completed only if initials are given above) |
|---|
| VICTIM'S FULL NAME_____ DOB_____ BY _____ |
| VICTIM'S CURRENT ADDRESS_____ DATE_____ |

SCANNED

FEB 0 3 2012

U.S. DISTRICT COURT ST. PAUL

*Copies to: Court file, Defendant, Prosecutor, Corrections, Victim, Law Enforcement, V/W Unit*

STATE OF MINNESOTA

COUNTY OF RAMSEY

DISTRICT COURT

SECOND JUDICIAL DISTRICT

D. C. File No. 62-CR-12-67

C. A. File No.  2108472

CN No.  10037129

---------------------------------------------------

State of Minnesota,

Plaintiff,

v.

**Thomas Wayne Eilertson**
D.O.B **08/07/1967**  Gender:  **M**

Defendant.

**NO CONTACT ORDER**

---------------------------------------------------

You are hereby ORDERED to have **NO CONTACT,** whether direct or indirectly through others, by telephone, in writing or by any electronic means with:

| NAME: | Steven Bruns | GENDER: | M |
|-------|--------------|---------|---|
| ADDRESS: | Peterson, Fram & Bergman, 55 E. 5th St., Ste. 800, St. Paul, MN  55101 | DOB: | |

(If victim's initials are used, prosecutor must complete law enforcement identifying information below and send to law enforcement agency where victim resides.)

**This ORDER is a condition of your release and is in addition to any other conditions of release that may be imposed.  A violation of this ORDER is a contempt of court and may cause you to be arrested for the violation and be subject to possible further criminal charges.**

**WARNING: FAILURE TO OBEY A NO CONTACT ORDER IS CONTEMPT OF COURT.**

**THIS ORDER WILL REMAIN IN EFFECT UNTIL FURTHER ORDER OR MODIFICATION, OR UNTIL A CANCELLATION ORDER IS FILED.**

DATED: _1-5-12_

_____
JUDGE OF DISTRICT COURT

NOTE: A DUPLICATION OF THIS ORDER IS AS VALID AS THE ORIGINAL

| LAW ENFORCEMENT IDENTIFYING INFORMATION (to be completed only if initials are given above) |
|---|
| VICTIM'S FULL NAME_____ DOB_____ BY_____ |
| VICTIM'S CURRENT ADDRESS_____ DATE_____ |

STATE OF MINNESOTA

COUNTY OF RAMSEY

DISTRICT COURT

SECOND JUDICIAL DISTRICT

D. C. File No.  62-CR-12-67
C. A. File No.  2108472
CN No.  10037129

-----------------------------------------------------

State of Minnesota,

                                    Plaintiff,

v.

**NO CONTACT ORDER**

**Thomas Wayne Eilertson**
D.O.B **08/07/1967** Gender:  **M**

                         Defendant.

-----------------------------------------------------

You are hereby ORDERED to have **NO CONTACT,** whether direct or indirectly through others, by telephone, in writing or by any electronic means with:

| NAME: | Kimball Foster | GENDER: | F |
|-------|----------------|---------|---|
| ADDRESS: | Hennepin County Titles Examiner, 300 S. 6th St., A-701 Govt. Ctr., Minneapolis, MN  55487 | DOB: | |

(If victim's initials are used, prosecutor must complete law enforcement identifying information below and send to law enforcement agency where victim resides.)

**This ORDER is a condition of your release and is in addition to any other conditions of release that may be imposed.  A violation of this ORDER is a contempt of court and may cause you to be arrested for the violation and be subject to possible further criminal charges.**

**WARNING: FAILURE TO OBEY A NO CONTACT ORDER IS CONTEMPT OF COURT.**

**THIS ORDER WILL REMAIN IN EFFECT UNTIL FURTHER ORDER OR MODIFICATION, OR UNTIL A CANCELLATION ORDER IS FILED.**

DATED: ___1-5-+12___          _____
                                          JUDGE OF DISTRICT COURT

              NOTE: A DUPLICATION OF THIS ORDER IS AS VALID AS THE ORIGINAL

| LAW ENFORCEMENT IDENTIFYING INFORMATION (to be completed only if initials are given above) |
|---|
| VICTIM'S FULL NAME_____ DOB_____ BY_____ |
| VICTIM'S CURRENT ADDRESS_____ DATE_____ |

*Copies to: Court file, Defendant, Prosecutor, Corrections, Victim, Law Enforcement, V/W Unit*

STATE OF MINNESOTA

COUNTY OF RAMSEY

DISTRICT COURT

SECOND JUDICIAL DISTRICT

--------------------------------------------------

D. C. File No. 62-CR-12-67
C. A. File No.  2108472
CN No.  10037129

State of Minnesota,

                       Plaintiff,

v.

**Thomas Wayne Eilertson**
**D.O.B  08/07/1967  Gender:  M**

                    Defendant.

**NO CONTACT ORDER**

--------------------------------------------------

You are hereby ORDERED to have **NO CONTACT**, whether direct or indirectly through others, by telephone, in writing or by any electronic means with:

| NAME: | Michael Freeman | GENDER: | M |
|---|---|---|---|
| ADDRESS: | Hennepin County Attorney's Office, 300 S. 6th St., C-2000 Govt. Ctr., Minneapolis, MN  55487 | DOB: | |

(If victim's initials are used, prosecutor must complete law enforcement identifying information below and send to law enforcement agency where victim resides.)

**This ORDER is a condition of your release and is in addition to any other conditions of release that may be imposed.  A violation of this ORDER is a contempt of court and may cause you to be arrested for the violation and be subject to possible further criminal charges.**

**WARNING: FAILURE TO OBEY A NO CONTACT ORDER IS CONTEMPT OF COURT.**

**THIS ORDER WILL REMAIN IN EFFECT UNTIL FURTHER ORDER OR MODIFICATION, OR UNTIL A CANCELLATION ORDER IS FILED.**

DATED: _1 - 5 - 12_　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JUDGE OF DISTRICT COURT

NOTE: A DUPLICATION OF THIS ORDER IS AS VALID AS THE ORIGINAL

| LAW ENFORCEMENT IDENTIFYING INFORMATION (to be completed only if initials are given above) |
|---|
| VICTIM'S FULL NAME_____ DOB_____ BY_____ |
| VICTIM'S CURRENT ADDRESS_____ DATE_____ |

STATE OF MINNESOTA

COUNTY OF RAMSEY

DISTRICT COURT

SECOND JUDICIAL DISTRICT

-----------------------------------------------------

D. C. File No. $62-CR-12-67$
C. A. File No. 2108472
CN No. 10037129

State of Minnesota,

Plaintiff,

**NO CONTACT ORDER**

v.

**Thomas Wayne Eilertson**
**D.O.B 08/07/1967 Gender:  M**

Defendant.

-----------------------------------------------------

You are hereby ORDERED to have **NO CONTACT,** whether direct or indirectly through others, by telephone, in writing or by any electronic means with:

| NAME: | Mercedes A. Gustafson | GENDER: | F |
|---|---|---|---|
| ADDRESS: | Bernick, Lifson, Greenstein, Law Firm, 5500 Wayzata Blvd., Ste. 1200, Minneapolis, MN  55416 | DOB: | |

(If victim's initials are used, prosecutor must complete law enforcement identifying information below and send to law enforcement agency where victim resides.)

**This ORDER is a condition of your release and is in addition to any other conditions of release that may be imposed.  A violation of this ORDER is a contempt of court and may cause you to be arrested for the violation and be subject to possible further criminal charges.**

**WARNING: FAILURE TO OBEY A NO CONTACT ORDER IS CONTEMPT OF COURT.**

**THIS ORDER WILL REMAIN IN EFFECT UNTIL FURTHER ORDER OR MODIFICATION, OR UNTIL A CANCELLATION ORDER IS FILED.**

DATED: 1—5—12

_____
JUDGE OF DISTRICT COURT

NOTE: A DUPLICATION OF THIS ORDER IS AS VALID AS THE ORIGINAL

| LAW ENFORCEMENT IDENTIFYING INFORMATION (to be completed only if initials are given above) |
|---|
| VICTIM'S FULL NAME_____ DOB_____ BY_____ |
| VICTIM'S CURRENT ADDRESS_____ DATE_____ |

*Copies to: Court file, Defendant, Prosecutor, Corrections, Victim, Law Enforcement, V/W Unit*

STATE OF MINNESOTA

COUNTY OF RAMSEY

DISTRICT COURT

SECOND JUDICIAL DISTRICT

D. C. File No. 62-CR-12-67

C. A. File No. 2108472
CN No. 10037129

-----------------------------------------------------

State of Minnesota,

                          Plaintiff,

v.

**NO CONTACT ORDER**

**Thomas Wayne Eilertson**
D.O.B **08/07/1967** Gender:  **M**

                          Defendant.

-----------------------------------------------------

You are hereby ORDERED to have **NO CONTACT,** whether direct or indirectly through others, by telephone, in writing or by any electronic means with:

| NAME: | **Brian G. Hoelscher** | GENDER: | **M** |
|---|---|---|---|
| ADDRESS: | **Hoelscher Law Firm, 13100 Wayzata Blvd., Ste. 100, Minnetonka, MN 55305** | DOB: | |

(If victim's initials are used, prosecutor must complete law enforcement identifying information below and send to law enforcement agency where victim resides.)

**This ORDER is a condition of your release and is in addition to any other conditions of release that may be imposed.  A violation of this ORDER is a contempt of court and may cause you to be arrested for the violation and be subject to possible further criminal charges.**

**WARNING: FAILURE TO OBEY A NO CONTACT ORDER IS CONTEMPT OF COURT.**

**THIS ORDER WILL REMAIN IN EFFECT UNTIL FURTHER ORDER OR MODIFICATION, OR UNTIL A CANCELLATION ORDER IS FILED.**

DATED: _____1 - 5 - 12_____                    _____

                                              JUDGE OF DISTRICT COURT

NOTE: A DUPLICATION OF THIS ORDER IS AS VALID AS THE ORIGINAL

LAW ENFORCEMENT IDENTIFYING INFORMATION (to be completed only if initials are given above)

VICTIM'S FULL NAME_____ DOB_____ BY_____

VICTIM'S CURRENT ADDRESS_____ DATE_____

STATE OF MINNESOTA

COUNTY OF RAMSEY

DISTRICT COURT

SECOND JUDICIAL DISTRICT

-------------------------------------------------

D. C. File No. 62-CR-12-67
C. A. File No. 2108472
CN No. 10037129

State of Minnesota,

Plaintiff,

v.

**NO CONTACT ORDER**

**Thomas Wayne Eilertson**
D.O.B 08/07/1967 Gender:  **M**

Defendant.

-------------------------------------------------

You are hereby ORDERED to have **NO CONTACT,** whether direct or indirectly through others, by telephone, in writing or by electronic means with:

| NAME: | Jaime Hommerding | GENDER: | F |
|-------|------------------|---------|---|
| ADDRESS: | Messerli & Kramer, 100 S. 5th St., 1400 5th St. Tower,  Minneapolis, MN  55402 | DOB: | |

(If victim's initials are used, prosecutor must complete law enforcement identifying information below and send to law enforcement agency where victim resides.)

**This ORDER is a condition of your release and is in addition to any other conditions of release that may be imposed.  A violation of this ORDER is a contempt of court and may cause you to be arrested for the violation and be subject to possible further criminal charges.**

**WARNING: FAILURE TO OBEY A NO CONTACT ORDER IS CONTEMPT OF COURT.**

**THIS ORDER WILL REMAIN IN EFFECT UNTIL FURTHER ORDER OR MODIFICATION, OR UNTIL A CANCELLATION ORDER IS FILED.**

DATED: 1 - 5 - 12

JUDGE OF DISTRICT COURT

NOTE: A DUPLICATION OF THIS ORDER IS AS VALID AS THE ORIGINAL

LAW ENFORCEMENT IDENTIFYING INFORMATION (to be completed only if initials are given above)

VICTIM'S FULL NAME_____ DOB_____ BY_____

VICTIM'S CURRENT ADDRESS_____ DATE_____

*Copies to: Court file, Defendant, Prosecutor, Corrections, Victim, Law Enforcement, V/W Unit*

STATE OF MINNESOTA

COUNTY OF RAMSEY

--------------------------------------------------

State of Minnesota,

                                    Plaintiff,

v.

**Thomas Wayne Eilertson**
**D.O.B  08/07/1967  Gender:  M**

                        Defendant.

--------------------------------------------------

DISTRICT COURT

SECOND JUDICIAL DISTRICT

D. C. File No. 62-CR-12-67
C. A. File No.  2108472
CN No.  10037129

**NO CONTACT ORDER**

You are hereby ORDERED to have **NO CONTACT,** whether direct or indirectly through others, by telephone, in writing or by any electronic means with:

| NAME: | Frederick Sheridan | | GENDER: | M |
|-------|--------------------|--|---------|---|
| ADDRESS: | Hennepin County Attorney's Office, 300 S. 6th St., C-2000 Govt. Ctr., Minneapolis, MN  55487 | | DOB: | |

(If victim's initials are used, prosecutor must complete law enforcement identifying information below and send to law enforcement agency where victim resides.)

**This ORDER is a condition of your release and is in addition to any other conditions of release that may be imposed.  A violation of this ORDER is a contempt of court and may cause you to be arrested for the violation and be subject to possible further criminal charges.**

**WARNING: FAILURE TO OBEY A NO CONTACT ORDER IS CONTEMPT OF COURT.**

**THIS ORDER WILL REMAIN IN EFFECT UNTIL FURTHER ORDER OR MODIFICATION, OR UNTIL A CANCELLATION ORDER IS FILED.**

DATED: 1 - 5 - 12                    _____
                                                JUDGE OF DISTRICT COURT

NOTE: A DUPLICATION OF THIS ORDER IS AS VALID AS THE ORIGINAL

| LAW ENFORCEMENT IDENTIFYING INFORMATION (to be completed only if initials are given above) |
|---|
| VICTIM'S FULL NAME_____ DOB_____ BY_____ |
| VICTIM'S CURRENT ADDRESS_____ DATE_____ |

*Copies to: Court file, Defendant, Prosecutor, Corrections, Victim, Law Enforcement, V/W Unit*

STATE OF MINNESOTA

COUNTY OF RAMSEY

-------------------------------------------------

State of Minnesota,

                              Plaintiff,

v.

**Thomas Wayne Eilertson**
**D.O.B 08/07/1967  Gender:  M**

                    Defendant.

-------------------------------------------------

DISTRICT COURT

SECOND JUDICIAL DISTRICT

D. C. File No.  62-CR-12-67
C. A. File No.  2108472
CN No.  10037129

**NO CONTACT ORDER**

You are hereby ORDERED to have **NO CONTACT,** whether direct or indirectly through others, by telephone, or in writing with:

| NAME: | Richard Stanek | GENDER: | M |
|-------|----------------|---------|---|
| ADDRESS: | Confidential Address | DOB: | |

(If victim's initials are used, prosecutor must complete law enforcement identifying information below and send to law enforcement agency where victim resides.)

**This ORDER is a condition of your release and is in addition to any other conditions of release that may be imposed.  A violation of this ORDER is a contempt of court and may cause you to be arrested for the violation and be subject to possible further criminal charges.**

**WARNING: FAILURE TO OBEY A NO CONTACT ORDER IS CONTEMPT OF COURT.**

**THIS ORDER WILL REMAIN IN EFFECT UNTIL FURTHER ORDER OR MODIFICATION, OR UNTIL A CANCELLATION ORDER IS FILED.**

DATED: 1-5-12                          _____
                                        JUDGE OF DISTRICT COURT

            NOTE: A DUPLICATION OF THIS ORDER IS AS VALID AS THE ORIGINAL

LAW ENFORCEMENT IDENTIFYING INFORMATION (to be completed only if initials are given above)

VICTIM'S FULL NAME_____ DOB_____ BY_____

VICTIM'S CURRENT ADDRESS_____ DATE_____

STATE OF MINNESOTA

COUNTY OF RAMSEY

RAMSEY COUNTY DISTRICT COURT

SECOND JUDICIAL DISTRICT
COURT FILE NO.
C.A. FILE NO. 2108472

-------------------------------------------

State of Minnesota,

        Plaintiff,

v.

Thomas Wayne Eilertson,
D.O.B.  08/07/1967

        Defendant.

**STAY AWAY ORDER**

-------------------------------------------

You have been charged with the criminal offenses of **Fraudulent or Improper Financing Statement – Invalid Lien or Security Agreement and Fraudulent or Improper Financing Statement – Intent to Harass or Defraud** from the offense date of **August 1, 2009 thru May 25, 2010.**

**As a condition of your release you shall not be within 100 yards of the  Hennepin County Sheriff's Office,  350 South 5th St., Room 6, Minneapolis, MN 55415.**

A violation of this order is a violation of the terms and conditions of your release, and you may be subject to being brought before the Court to determine if additional sanctions are warranted, including incarceration.

In addition, a violation of this order is a contempt of court, and you may be arrested for the violation and be subject to possible further criminal charges.

**WHEN A LAW ENFORCEMENT OFFICER HAS PROBABLE CAUSE TO BELIEVE THAT YOU HAVE VIOLATED THIS ORDER, THE OFFICER MAY ARREST YOU WITHOUT A WARRANT AND TAKE YOU INTO CUSTODY.  THIS VIOLATION NEED NOT TAKE PLACE IN THE PRESENCE OF THE OFFICER TO EFFECT THE ARREST.**

This Order is effective until modified by the court.

**BY THE COURT:**

Dated: 1-5-12

_____
Judge of District Court

Law Enforcement CNs: **10037129**

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF RAMSEY                              SECOND JUDICIAL DISTRICT

------------------------------------------------

D. C. File No. _62-CR-12-67_

C. A. File No.  2108472

State of Minnesota,                                   CN No.  10037129

                              Plaintiff,        **NO CONTACT ORDER**

v.

**Thomas Wayne Eilertson**
D.O.B **08/07/1967** Gender:  **M**

                              Defendant.

------------------------------------------------

You are hereby ORDERED to have **NO CONTACT,** whether direct or indirectly through others, by telephone, in writing or by any electronic means with:

| NAME: | Mark Thompson | GENDER: | M |
|-------|---------------|---------|---|
| ADDRESS: | Hennepin County Court Admr., 300 S. 6th St., 12-C Govt. Ctr., Minneapolis, MN  55487 | DOB: | |

(If victim's initials are used, prosecutor must complete law enforcement identifying information below and send to law enforcement agency where victim resides.)

**This ORDER is a condition of your release and is in addition to any other conditions of release that may be imposed.  A violation of this ORDER is a contempt of court and may cause you to be arrested for the violation and be subject to possible further criminal charges.**

**WARNING: FAILURE TO OBEY A NO CONTACT ORDER IS CONTEMPT OF COURT.**

**THIS ORDER WILL REMAIN IN EFFECT UNTIL FURTHER ORDER OR MODIFICATION, OR UNTIL A CANCELLATION ORDER IS FILED.**

DATED: _____          _____
                                          JUDGE OF DISTRICT COURT

NOTE: A DUPLICATION OF THIS ORDER IS AS VALID AS THE ORIGINAL

| LAW ENFORCEMENT IDENTIFYING INFORMATION (to be completed only if initials are given above) |
|---|
| VICTIM'S FULL NAME_____ DOB_____ BY_____ |
| VICTIM'S CURRENT ADDRESS_____ DATE_____ |

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF RAMSEY                               SECOND JUDICIAL DISTRICT

-----------------------------------------------------

D. C. File No. 62-CR-12-67

C. A. File No. 2108472

CN No.  10037129

State of Minnesota,

                              Plaintiff,              **NO CONTACT ORDER**

v.

**Thomas Wayne Eilertson**
D.O.B **08/07/1967** Gender:  **M**

                              Defendant.

-----------------------------------------------------

You are hereby ORDERED to have **NO CONTACT,** whether direct or indirectly through others, by telephone, in writing or by any electronic means with:

| NAME: | Steven Tierney | GENDER: | M |
|---|---|---|---|
| ADDRESS: | Stewart Title Guaranty, 1700 W. 82nd St., Ste. 100 Bloomington, MN 55431 | DOB: | |

(If victim's initials are used, prosecutor must complete law enforcement identifying information below and send to law enforcement agency where victim resides.)

**This ORDER is a condition of your release and is in addition to any other conditions of release that may be imposed.  A violation of this ORDER is a contempt of court and may cause you to be arrested for the violation and be subject to possible further criminal charges.**

**WARNING: FAILURE TO OBEY A NO CONTACT ORDER IS CONTEMPT OF COURT.**

**THIS ORDER WILL REMAIN IN EFFECT UNTIL FURTHER ORDER OR MODIFICATION, OR UNTIL A CANCELLATION ORDER IS FILED.**

DATED: ___1 - 51 - 19____              _____

                                        JUDGE OF DISTRICT COURT

              NOTE: A DUPLICATION OF THIS ORDER IS AS VALID AS THE ORIGINAL

| LAW ENFORCEMENT IDENTIFYING INFORMATION (to be completed only if initials are given above) |
|---|
| VICTIM'S FULL NAME_____ DOB_____ BY_____ |
| VICTIM'S CURRENT ADDRESS_____ DATE_____ |

*Copies to: Court file, Defendant, Prosecutor, Corrections, Victim, Law Enforcement, V/W Unit*

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF RAMSEY                                  SECOND JUDICIAL DISTRICT

-----------------------------------------------------                   D. C. File No. 62-CR-12-67
                                                          C. A. File No.  2108472
                                                          CN No.  10037129

State of Minnesota,

                              Plaintiff,                     **NO CONTACT ORDER**

v.

**Thomas Wayne Eilertson**
D.O.B **08/07/1967** Gender:  **M**

                              Defendant.

-----------------------------------------------------

You are hereby ORDERED to have **NO CONTACT,** whether direct or indirectly through others, by telephone, in writing or by any electronic means with:

| NAME: | **Michael Cunniff** | GENDER: | **M** |
|---|---|---|---|
| ADDRESS: | **Hennepin County Registrar Titles, 300 S. 6th St., A-500 Govt. Ctr., Minneapolis, MN  55487** | DOB: | |

(If victim's initials are used, prosecutor must complete law enforcement identifying information below and send to law enforcement agency where victim resides.)

This **ORDER** is a condition of your release and is in addition to any other conditions of release that may be imposed.  A violation of this **ORDER** is a contempt of court and may cause you to be arrested for the violation and be subject to possible further criminal charges.

**WARNING: FAILURE TO OBEY A NO CONTACT ORDER IS CONTEMPT OF COURT.**

**THIS ORDER WILL REMAIN IN EFFECT UNTIL FURTHER ORDER OR MODIFICATION, OR UNTIL A CANCELLATION ORDER IS FILED.**

DATED: ___1 - 3 - 1?___                    _____
                                                        JUDGE OF DISTRICT COURT

NOTE: A DUPLICATION OF THIS ORDER IS AS VALID AS THE ORIGINAL

| LAW ENFORCEMENT IDENTIFYING INFORMATION (to be completed only if initials are given above) |
|---|
| VICTIM'S FULL NAME_____ DOB_____ BY_____ |
| VICTIM'S CURRENT ADDRESS_____ DATE_____ |